IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| ADVANCED SIMULATION TECHNOLOGY INC.,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. __23-2201 C__ |

**RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Plaintiff Advanced Simulation Technology inc. ("ASTi") hereby states that ASTi has no corporate parent and no publicly-held corporation owns 10% or more of ASTi's outstanding common stock.

                                                      Respectfully Submitted,

                                                      By: /s/ Hamish P.M. Hume
                                                      Hamish P.M. Hume (Counsel of Record)
                                                      Samuel C. Kaplan
                                                      Gina A. Rossman

                                                      BOIES SCHILLER FLEXNER LLP
                                                     1401 New York Ave., NW
                                                     Washington, DC 20005
                                                     (202) 237-2727 (t)
                                                     (202) 237-6131 (f)
                                                     hhume@bsfllp.com
                                                     skaplan@bsfllp.com
                                                     grossman@bsfllp.com

Dated: December 29, 2023                      *Counsel for Advanced Simulation Technology inc.*

1