NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――――

**ADVANCED SIMULATION TECHNOLOGY, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

―――――――――――――――――

2025-1089

―――――――――――――――――

Appeal from the United States Court of Federal Claims in No. 1:23-cv-02201-MRS, Judge Molly R. Silfen.

―――――――――――――――――

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States Court of Federal Claims, Court of Federal Claims, it is hereby,

2          ADVANCED SIMULATION TECHNOLOGY, INC. v. US

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective 11/08/2024. The appellant's brief is due on 01/07/2024.

FOR THE COURT

November 8, 2024
Date

Jarrett B. Perlow
Clerk of Court